# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# FLORENCE DIVISION

| | |
|---|---|
| Katie Burdick, William Saunders, and Scott Shiner, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>LuLu's Myrtle Beach, LLC d/b/a Lucy Buffett's LuLu's, and d/b/a LuLu's North Myrtle Beach, Lucy Buffett, individually, George Martin, individually, Gerald Tipton, individually, Cheryl Coesens, individually, Vanessa Owens, individually, Robin Hinton, individually, Douglas "Todd" Goings, individually, and Tonya Clayton, individually,<br><br>Defendants. | Civil Action No.: 4:22-cv-04722-JD<br><br><br>**JOINT MOTION FOR FINAL APPROVAL OF FAIR LABOR STANDARDS ACT COLLECTIVE ACTION AND SOUTH CAROLINA PAYMENT OF WAGES ACT CLASS ACTION SETTLEMENT AND INDIVIDAUL ACTIONS FLSA SETTLEMENT APPROVAL** |
| Miles Alford, Nicole Retsos, Amber Colarusso, Katherine Whiting, Tiffany Lewis, Allie Boan & Garielle Smychynsky,<br><br>Plaintiffs,<br><br>v.<br><br>Lulu's Myrtle Beach, LLC d/b/a Lucy Buffett's Lulu's and d/b/a Lulu's North Myrtle Beach, et al.,<br><br>Defendants. | C.A. No.: 4:23-cv-00065-JD |

| | |
|---|---|
| Peter Wilson, Steven Pollock, Rian Nealey, Zoe McCaskey, Latisha Johnson, Pavel Matejovsky, Madison Spencer,<br><br>             Plaintiffs,<br><br>    v.<br><br>Lulu's Myrtle Beach, LLC d/b/a Lucy Buffett's Lulu's and d/b/a Lulu's North Myrtle Beach, et al.,<br><br>             Defendants. | C.A. No.: 4:23-cv-00073-JD |
| Melissa Martin, Jasmine Best, Brianna Jacobs, Ashley Beers, Colin Muirhead, Janet Romero, Caroline Barnette,<br><br>             Plaintiffs,<br><br>    v.<br><br>Lulu's Myrtle Beach, LLC d/b/a Lucy Buffett's Lulu's and d/b/a Lulu's North Myrtle Beach, et al.,<br><br>             Defendants. | C.A. No.: 4:23-cv-00074-JD |
| Pauline Lavallee, Denna Ross, Zakee King, Ciara Matejovsky, James Daniel, Alexa Roth, Tamisha Harrison,<br><br>             Plaintiffs,<br><br>    v.<br><br>Lulu's Myrtle Beach, LLC d/b/a Lucy Buffett's Lulu's and d/b/a Lulu's North Myrtle Beach, et al.,<br><br>             Defendants. | C.A. No.: 4:23-cv-00075-JD |

| | |
|---|---|
| Nicole Burke, Walter Dorsch, Carol Triplette, Brandi Smeltzer, Nicole Gilliam, Alyssa Carlsen, Nicholas Esposito,<br><br>    Plaintiffs,<br><br> v.<br><br>Lulu's Myrtle Beach, LLC d/b/a Lucy Buffett's Lulu's and d/b/a Lulu's North Myrtle Beach, et al.,<br><br>    Defendants. | C.A. No.: 4:23-cv-00076-JD |
| Allison Barnette, Michael Bowers, Michael Feeley, Jon Reitenbach, Bradlee Henderson, Ronnesha Stanley, Elaine Wade,<br><br>    Plaintiffs,<br><br> v.<br><br>Lulu's Myrtle Beach, LLC d/b/a Lucy Buffett's Lulu's and d/b/a Lulu's North Myrtle Beach, et al.,<br><br>    Defendants. | C.A. No.: 4:23-cv-00077-JD |
| Jamayia Black, Hannah Leach, Rebecca Whaley, Derrick McKendrick, Jennifer Baughman, Rachel Simmons, Darrell Goodwin,<br><br>    Plaintiffs,<br><br> v.<br><br>Lulu's Myrtle Beach, LLC d/b/a Lucy Buffett's Lulu's and d/b/a Lulu's North Myrtle Beach, et al.,<br><br>    Defendants. | C.A. No.: 4:23-cv-00078-JD |

| | |
|---|---|
| Xavier Jones, Beverly Butts, Courtney Grissett, Daniel Wiggins, Kaila Johnston, Amber Mincey, McKayla Snyder )<br>)<br>)<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>Lulu's Myrtle Beach, LLC d/b/a Lucy )<br>Buffett's Lulu's and d/b/a Lulu's North )<br>Myrtle Beach, et al., )<br>)<br>Defendants. ) | C.A. No.: 4:23-cv-00079-JD |
| Brittney Hatfield, Jennifer Black, Sheldon Anderson, Kasey Charette, James Grainger, Starla Bratton, Robert Conley, )<br>)<br>)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>Lulu's Myrtle Beach, LLC d/b/a Lucy )<br>Buffett's Lulu's and d/b/a Lulu's North )<br>Myrtle Beach, et al., )<br>)<br>Defendants. ) | Case No.: 4:23-cv-00080-JD |
| Chad Reier, Christopher Craig, Alicia Bazonski, Shenika Anderson, Paris Chapman, Deanna Chavis, )<br>)<br>)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>Lulu's Myrtle Beach, LLC d/b/a Lucy )<br>Buffett's Lulu's and d/b/a Lulu's North )<br>Myrtle Beach, et al., )<br>)<br>Defendants. ) | Case No.: 4:23-cv-00081-JD |

Plaintiffs, Katie Burdick, William Saunders, and Scott Shiner, on behalf of themselves and all others similarly situated ("Plaintiffs"), by and through their undersigned counsel, and Defendants, LuLu's Myrtle Beach, LLC d/b/a Lucy Buffett's LuLu's and d/b/a LuLu's North Myrtle Beach ("LuLu's") and Lucy Buffett, George Martin, Gerald Tipton, Cheryl Coesens, Vanessa Owens, Robin Hinton, Douglas "Todd" Goings, and Tonya Clayton (herein as "Defendants"), by and through their undersigned counsel (Plaintiffs and Defendants jointly, "Parties"), hereby jointly move this Court for final approval of the proposed settlement in the above-captioned Class/Collective action, as well as final approval of the proposed settlement of the Fair Labor Standards Act claims of the Plaintiffs in the above-captioned individual actions.

Plaintiffs alleged Defendants violated the Fair Labor Standards Act, 29 U.S.C. § 201, et. seq. (hereinafter, the "FLSA"), in particular, by violation of § 203(m), the "Tip Credit." Plaintiffs also alleged that the Defendants violated of the South Carolina Wage Payment Act, § 41-10-10, et. seq. (hereinafter, the "SCPWA"), in particular by violation of § 41-10-40(c) by unlawful withholding or diverting portions of the employee's wages. The Defendants denied all of the Plaintiffs' allegations.

The parties entered into a settlement of all claims for which the parties submitted joint motions for class/collective certification and preliminary approval requesting a date for the final approval hearing. By order dated July 26, 2024, the Court preliminarily certified the SCPWA Class action and the FLSA Collective Action, preliminarily approved the settlement agreement, ordered that William J. Luse, Lisa Poe Davis, and Gene M. Connell, Jr. shall serve as Class Counsel, approved the notices attached to the Settlement Agreement and approved the method of service as set forth in Settlement Agreement. Furthermore, by Notice of Hearing dated July 26, 2024 the Court set the final approval hearing date for December 5, 2024, at 10:30 am.

Class Counsel served the approved notices in the manner approved by this Court. The deadline for the putative class/collective members to opt out under the SCPWA claim and to opt-in under the FLSA claim has expired.

After sending the notices and receiving responses, Class Counsel encountered an unanticipated circumstance when they learned that one of the putative SCPWA class members is deceased and that there has been no estate opened for him. In addition, only one person opted out of this class. The Settlement Agreement provides that if an SCPWA Class Member opts out, he or she will not be eligible to receive a payment under the Agreement, and that portion of the Settlement amount allocated to him or her will be distributed amongst the SCPWA Class Members. The parties have agreed that since the amount allocated for each SCPWA class member is minimal and would not make a meaningful difference to each class member's payment, these amounts that would have been paid to the Opt-out and deceased putative SCPWA class members should be added to the fund for the FLSA Opt-in collective. In addition, the amount that was originally set aside for SCPWA class members was based on there being a higher number of putative class members. The parties learned after the motion for preliminary approval was filed that the number was less. Therefore, the parties have agreed that the remaining amount should be added to the FLSA Opt-in collective fund. It is the position of the parties that these changes are de minimis and result in no material change to the agreement.

Otherwise, the Parties have met the requirements of notifying the putative class/collective members, have received consent by numerous FLSA collective members to join the lawsuit and settlement, as well received signatures from the named Plaintiffs and individuals Plaintiffs agreeing to the Settlement Agreement. Therefore, the parties are ready to move forward seeking the final approval of the Settlement Agreement as they are in agreement that it is fair, reasonable

and adequate and is in the best interests of the Plaintiffs and the class/collective members for the reasons set forth in the Joint Motion For Preliminary Approval Of Fair Labor Standards Act Collective Action and South Carolina Payment Of Wages Act Class Action Settlement (Doc #30).

Therefore, the parties are seeking an Order giving final approval to the proposed settlement as set forth in the proposed Settlement Agreement that was Exhibit A to the Joint Motion For Preliminary Approval Of Fair Labor Standards Act Collective Action and South Carolina Payment Of Wages Act Class Action Settlement (Doc #30-1) (with adjustment as set forth above), as well as approval of the settlement of the FLSA claims of the individual Plaintiffs, along with approval for the distribution of the settlement proceeds. In addition, Class Counsel seeks approval of their attorney fees and costs as set forth in the Settlement Agreement. (See affidavits of William J. Luse and Lisa Poe Davis attached as exhibits to this motion.)

| WE MOVE: | WE MOVE: |
|---|---|
| *s/Deborah Casey Brown* | *s/Lisa Poe Davis* |
| Deborah Casey Brown (Fed. ID # 1507) | Lisa Poe Davis (Fed. ID #5826) |
| T. David Rheney (Fed. ID # 5030) | Gene M. Connell, Jr., Esq. (Fed. ID #236) |
| Gallivan, White & Boyd, P.A. | Kelaher, Connell & Connor, P.C |
| Post Office Box 10589, F.S. | Suite 209, The Courtyard |
| Greenville, South Carolina 29603 | 1500 U.S. Highway 17 North |
| (864) 271-9580 | P.O. Drawer 14547 |
| dbrown@gwblawfirm.com | Surfside Beach, SC 29587-4547 |
| drheney@gwblawfirm.com | Phone: 843-238-5648 |
| Attorney for Defendants | ldavis@classactlaw.net |
|  | Law office of William J. Luse, Inc. |
| Date:  November 27, 2024 | William J. Luse, Esq. (Fed. ID #9736) |
|  | 917 Broadway Street |
|  | Myrtle Beach, SC 29577 |
|  | Phone: 843-839-4795 |
|  | bill@getlusenow.com |
|  | Attorneys for Plaintiffs |
|  | Date:  November 27, 2024 |